UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re:<br>Joseph Bih Mbeh<br>Debtor (s) | Case No.: 17-11406-JKS<br>Chapter: 7<br>Judge: Sherwood |

**ORDER DISMISSING CASE**
**FOR FAILURE TO FILE MISSING DOCUMENTS**

The relief set forth on the following page is hereby **ORDERED**.

DATED: 2/22/17

/s/ Honorable John K. Sherwood
Judge, United States Bankruptcy Court

Upon the motion of the Court and for good cause shown, it is

ORDERED that this case is dismissed and any discharge which was granted is vacated. All outstanding fees to the Court are due and owing and must be paid within seven (7) days of the date of this Order.

Pursuant to Fed. R. Bankr. P. 2002(f), the Clerk shall notify all parties in interest of the entry of this order.

*rev.12/1/09*